UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELIADEM THOMPSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>    Defendant(s). | Case No. 2:25-cv-00847-CDS-NJK<br><br>**Order** |

    Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 8. The Court **SETS** a scheduling conference for 2:00 p.m. on June 3, 2025, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: May 23, 2025

                                                                     Nancy J. Koppe<br>
                                                                      United States Magistrate Judge