# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Deliadem Thompson,

    Plaintiff,

v.

Frontier Airlines, Inc.,

    Defendants.

Case No. 2:25-cv-00847-CDS-NJK

**Order**

[Docket No. 21]

Pending before the Court is Plaintiff's motion to extend case management deadlines by 90 days. Docket No. 21. Defendant does not oppose the motion and agrees that good cause exists to modify these deadlines. Docket No. 23. For good cause shown, the motion is **GRANTED**. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  January 12, 2026
- Rebuttal experts:  February 11, 2026
- Discovery cutoff:  March 11, 2026
- Dispositive motions:  April 10, 2026
- Joint proposed pretrial order:  May 11, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: September 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1