**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DELIADEM THOMPSON,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 2:25-cv-00847-CDS-NJK

**Order**

[Docket No. 27]

Pending before the Court is Plaintiff's motion to extend case management deadlines. Docket No. 27. Defendant filed a response in non-opposition. Docket No. 29.

The Court **SETS** a hearing on the motion for 10:00 a.m. on April 2, 2026, in Courtroom 3A.

IT IS SO ORDERED.

Dated: March 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1