**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Deliadem Thompson,<br><br>        Plaintiff(s),<br><br>v.<br><br>Frontier Airlines, Inc.,<br><br>        Defendant(s). | Case No. 2:25-cv-00847-CDS-NJK<br><br>**Order**<br><br>[Docket No. 27] |

Pending before the Court is Plaintiff's motion to extend case management deadlines. Docket No. 27. Defendant filed a notice of non-opposition. Docket No. 29. Plaintiff filed a reply. Docket No. 31.

Good cause exists to allow this unopposed extension request. *See* Local Rule 26-3. The Court must express its concern, however, as to counsel's repeated representations of limited bandwidth and health issues that may impede competent representation. *See, e.g.*, Docket No. 27 at 5. The Court is certainly sympathetic to the personal issues described, but it is also incumbent on counsel to ensure that they can competently litigate this case. *See, e.g.*, Nev. R. Prof. Conduct 1.1. If counsel are not able to do so given the circumstances identified, then they must retain co-counsel or otherwise make arrangements to proceed forward with the case in appropriate fashion.

Accordingly, the Court **GRANTS** the motion to extend and **VACATES** the hearing. The Court **RESETS** case management deadlines as follows:

- Amend complaint/ add parties:  closed
- Initial experts:  June 11, 2026
- Rebuttal experts:  July 13, 2026
- Discovery cutoff:  August 10, 2026
- Dispositive motions:  September 9, 2026

- Joint proposed pretrial order:  October 9, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated:  March 30, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2