**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Deliadem Thompson,<br>Plaintiff(s),<br>v.<br>Frontier Airlines, Inc.,<br>Defendant(s). | Case No. 2:25-cv-00847-CDS-NJK<br>**Order**<br>[Docket No. 37] |

Pending before the Court is Defendant's motion to modify case management deadlines. Docket No. 37. The Court **SETS** a hearing on that motion at 1:00 p.m. on July 27, 2026, in Courtroom 3C.

IT IS SO ORDERED.

Dated: July 20, 2026

Nancy J. Koppe
United States Magistrate Judge